In the Matter of Proving the Last Will and Testament of HENRY REIMERS, Deceased.   FRED ANTUSCH and JOHN BAHRENBURG, as Executors Named in the Prior Will of HENRY REIMERS, Deceased, Appellants; EDNA L. WEIGELT, Executrix, etc., of HENRY REIMERS, Deceased, Respondent.‡— Order of the Surrogate's Court of Queens county in so far as it denies appellants' motion for additional costs, disbursements and counsel fees affirmed, with ten dollars costs and dis-

† Revd., 264 N. Y. 215.

‡ Revd., 264 N. Y. 62.

bursements, payable by appellants personally. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.